**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHART INC., | ) | CASE NO. 1:23-CV-00597 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTRON COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

Before the Court is Plaintiff Chart Inc.'s Motion to Strike Certain Affirmative Defenses. (ECF No. 14). Specifically, Plaintiff has asked the Court to Strike Defendant Extron Company's Third, Fifth, Sixth, Eighth, Sixteenth, Twentieth, Twenty-Second, and Twenty-Seventh affirmative defenses. (*Id.* at PageID# 85). Defendant responded to Plaintiff's Motion, indicating that it does not oppose the removal of its Third, Fifth, Sixth, Eighth, Sixteenth, Twentieth, Twenty-Second, and Twenty-Seventh affirmative defenses from its Answer. (ECF No. 15).

Since it is unopposed, Plaintiff's Motion (ECF No. 14) is **GRANTED**. Defendant's Third, Fifth, Sixth, Eighth, Sixteenth, Twentieth, Twenty-Second, and Twenty-Seventh affirmative defenses within its Answer are hereby **STRICKEN**.

The Court will address the potential need for future pleading amendments at the Case Management Conference, which remains set for July 26, 2023 at 10:00 AM by telephone.

**IT IS SO ORDERED.**

Date: July 18, 2023

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**