IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHART INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXTRON COMPANY,<br><br>    *Defendant*. | CASE NO. 1:23-CV-00597-CEF<br><br>**JOINT MOTION FOR EXTENSION OF DEADLINE TO COMPLETE MEDIATION** |

  Plaintiff Chart Inc. ("Chart") and defendant Extron Company ("Extron") (collectively, the "Parties"), by and through their respective counsel of record, submit this Joint Motion for Extension of Deadline to Complete Mediation. The Parties respectfully request a 90-day extension of the current January 5, 2024 deadline to complete mediation, which would extend the deadline to April 5, 2024.

  On July 26, 2023, the Court entered an order that set a deadline of January 5, 2024 for the parties to complete mediation. In good faith, the parties agreed upon and selected a mediator, worked to schedule and prepare for a mediation so that mediation could be completed in accordance with the Court's deadline. However, as outlined below, the parties require additional time to complete the mediation of this matter.

  This is an action by contribution by Chart against Extron under Ohio Rev. Code § 2307.25(B) which arises from complex underlying litigation which took place in California. Thus, in order for the Parties to meaningfully engage in mediation, Extron needs to be able to review certain case documents and case materials from the underlying litigation. Many of those documents and materials were subject to a protective order(s) or other confidentiality restrictions and thus, specific permission to share them with Extron was required.

1

While Chart worked diligently to get permission and share documents from the underlying litigation with Extron, due to reasons outside of the Parties' control, Chart was only able to begin producing such documents and materials from the underlying litigation to Extron in late November 2023. Further documents from the underlying litigation will be produced over the coming month. Extron will need additional time to review these materials in order to be prepared to engage in a meaningful settlement meeting at mediation.

As a result, because of the voluminous nature of the documents and materials produced, as well as the need to coordinate dates for a multi-day mediation among the Parties and their chosen mediator, the Parties will not be able to engage in a meaningful and productive mediation in advance of the current January 5, 2024 deadline. Thus, the Parties thus request an extension to April 5, 2024 of the deadline to complete mediation requested herein.

Accordingly, the Parties respectfully request that the Court grant this Motion and extend the deadline for the Parties to complete a mediation of this matter to April 5, 2024.

Dated: December 29, 2023

Respectfully submitted,

| BARNES & THORNBURG LLP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s/ John M. Moye | /s/ James K. Holder |
| D. Austin Bersinger *(admitted pro hac vice)* | James K. Holder *(admitted pro hac vice)* |
| John M. Moye *(admitted pro hac vice)* | 275 Battery Street, Suite 2000 |
| 3340 Peachtree Road N.E., Suite 2900 | San Francisco, CA 94111 |
| Atlanta, Georgia 30326-1092 | Tel. (415) 875-4192 \| Fax (415) 986-8054 |
| Tel. (404) 846-1693 \| Fax (404) 264-4033 | jholder@grsm.com |
| JMoye@btlaw.com | |
| Austin.Bersinger@btlaw.com | Eric S. Bravo (0048564) |
| | 41 South High Street, Suite 2495 |
| Denise A. Lazar *(admitted pro hac vice)* | Columbus, Ohio 43215 |
| One North Wacker Dr., Suite 4400 | Tel. (614) 340-5558 \| Fax (614) 360-2130 |
| Chicago, Illinois 60606 | ebravo@grsm.com |
| Tel. (312) 214-4816 \| Fax (312) 759-5646 | |
| denise.lazar@btlaw.com | *Attorneys for Defendant Extron Company* |

David J. Dirisamer (0092125)
41 South High Street, Suite 3300
Columbus, OH 43215
Tel. (614) 628-0096 | Fax (614) 628-1433
David.Dirisamer@btlaw.com

*Attorneys for Plaintiff Chart, Inc.*