IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHART INC., <br><br> *Plaintiff*, <br><br> v. <br><br> EXTRON COMPANY, <br><br> *Defendant*. | CASE NO. 1:23-CV-00597-CEF <br><br> JUDGE CHARLES ESQUE FLEMING <br><br> **JOINT STATUS REPORT (RESPONDING TO APRIL 12, 2024 ORDER)** |

Plaintiff Chart Inc. and Defendant Extron Company, pursuant to the court's April 12, 2024 Order, jointly inform the court that they were unable to mediate the case by April 5, 2024 due to unforeseen scheduling issues which required a continuance of the mediation to the next available dates of May 14–15, 2024. The Parties are now scheduled to proceed with mediation May 14–15, 2024. The parties will immediately notify the court of the mediation's result.

Dated: April 19, 2024

Respectfully submitted,

*/s/ Denise A. Lazar*
Denise A. Lazar
*(admitted pro hac vice)*
BARNES & THORNBURG LLP
One North Wacker Dr., Ste. 4400
Chicago, Illinois 60606
Telephone: (312) 214-4816
Facsimile: (312) 759-5646
denise.lazar@btlaw.com

David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
Telephone: 614-628-0096
Facsimile: 614-628-1433
David.Dirisamer@btlaw.com

*/s/ Eric S. Bravo*
ERIC S. BRAVO        (0048564)
GORDON REES SCULLY MANSUKHANI, LLP
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558/F: (614) 360-2130
ebravo@grsm.com

*/s/ James K. Holder*
JAMES K. HOLDER (*Admitted Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
T: (415) 875-4192/F: (415) 986-8054
jholder@grsm.com

*Attorneys for Defendant Extron Company*

1

D. Austin Bersinger
*(admitted pro hac vice)*
John M. Moye
*(admitted pro hac vice)*
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, Georgia 30326-1092
Telephone: (404) 846-1693
Facsimile: (404) 264-4033
JMoye@btlaw.com
Austin.Bersinger@btlaw.com

*Attorneys for Plaintiff Chart, Inc.*