**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CHART, INC., | ) | CASE NO. 1:23-CV-00597 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| EXTRON COMPANY, | ) | |
| | ) | **CASE MANAGEMENT** |
| Defendant. | ) | **CONFERENCE ORDER** |

A Case Management Conference ("CMC") was held in this matter on August 29, 2024 at 1:00 PM. The parties and counsel of record agreed to the following, and **IT IS ORDERED** that:

1. The parties have exchanged initial disclosures required by Rule 26(a)(1).

2. This case is assigned to the complex track.

3. This case is automatically designated as suitable for Electronic Case Filing (ECF).

4. Case **is not** suitable for ADR at this time, (**though the parties will discuss appropriateness of mediation at the status conference**).

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. The pleadings may be amended without leave of Court by October 31, 2024.

7. Discovery Plan:

    - Non-expert discovery by December 5, 2025
    - Expert report for the party with the burden of proof by February 6, 2026
    - Rebuttal expert report by March 6, 2026
    - Expert discovery by April 3, 2026

8. Dispositive motions by May 1, 2026, with responses and replies due in accordance with

Loc.R. 7.1.

9. A telephone status conference is hereby set for December 9, 2025 at 10:00 AM. The parties shall be prepared to discuss their amenability to ADR if they have not already expressed a desire to mediate prior to that date.

10. The Court will not continue a hearing or extend a deadline without a written motion stating the reason for the request. The motion **SHALL** be filed **BEFORE** the date/deadline at issue has passed. All motions for continuance or extension (except motions joined by all parties) **SHALL** state whether the other party(s) oppose the request. If the motion is opposed, it **MUST** be filed **NO LESS THAN** seven (7) days before the date/deadline at issue; the opposing party(s) **SHALL** file their opposition no more than three (3) days after the filing of the motion. A motion for continuance or extension due to a conflict shall be filed as soon as counsel becomes aware of the conflict. **FAILURE TO FOLLOW THESE REQUIREMENTS MAY RESULT IN DENIAL OF THE MOTION FOR EXTENSION OR CONTINUANCE.**

11. Any questions about the case should be directed to Courtroom Deputy Clerk Stephanie Siner at (216) 357-7180. Counsel are *NOT* to contact the Court's law clerks to discuss the case.

**IT IS SO ORDERED.**

Date: August 29, 2024

_____
**CHARLES E. FLEMING
UNITED STATES DISTRICT JUDGE**