**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| CHART INC., <br><br>     *Plaintiff*, <br><br> v. <br><br> EXTRON COMPANY, <br><br>     *Defendant*. | CASE NO. 1:23-CV-00597-CEF <br><br> **JOINT STIPULATION OF** <br> **DISMISSAL WITH PREJUDICE** <br><br> UNOPPOSED <br> (JOINT STIPULATION) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and by agreement of the parties herein, Plaintiff Chart Inc. ("Plaintiff") and Defendant Extron Company ("Defendant"), hereby stipulate to the dismissal of Plaintiff's above-captioned lawsuit and any and all of Plaintiff's claims against Defendant *with prejudice*. Each party shall bear its own costs and expenses.

Dated: March 3, 2025

Respectfully submitted,

/s/ D. Austin Bersinger
D. Austin Bersinger (*Admitted Pro Hac Vice*)
Bradley Arant Boult Cummings LLP
Promenade Tower
1230 Peachtree Street N.E., 20th Floor
Atlanta, Georgia 30309
T: (404) 868-0554
abersinger@bradley.com

/s/ Eric S. Bravo
Eric S. Bravo  (0048564)
Gordon Rees Scully Mansukhani, LLP
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
ebravo@grsm.com

Hillary C. Campbell (*Admitted Pro Hac Vice*)
Carson S. Phillips (*Admitted Pro Hac Vice*)
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Ave. N.
Birmingham, Alabama 35203
T: (205) 521-8000
hcampbell@bradley.com
cphillips@bradley.com

/s/ James K. Holder
James K. Holder (*Admitted Pro Hac Vice*)
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
T: (415) 875-4192
F: (415) 986-8054
jholder@grsm.com

*Attorneys for Defendant Extron Company*

*Attorneys for Plaintiff Chart, Inc.*

1